1   McGREGOR W. SCOTT
    United States Attorney
2   MARK J. McKEON
    Assistant U.S. Attorney
3   4401 Federal Building
    2500 Tulare Street
4   Fresno, California 93721
    Telephone (559) 497-4000
5

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                 EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,        )   CASE NO.  1:92-cr-05084 MDC
                                      )
10               Plaintiff,           )
                                      )   STIPULATION & ORDER TO CONTINUE
11      v.                            )   STATUS CONFERENCE
                                      )
12  LLOYD GENE PLOUTZ,                )
                                      )   DATE:     January 3, 2007
13               Defendant.           )   TIME:     2:00 p.m..
                                      )   CTRM:     Hon. Dennis L. Beck
14  _____  )

15          IT IS HEREBY STIPULATED by and between the parties, through their respective

16  counsel, that the status conference scheduled in the above-captioned matter for January 3, 2007

17  may be continued until January 24, 2007, at 2:00 p.m.   This continuance is requested to provide

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                      1

the parties with an opportunity to meet and confer in an attempt to reach an agreed resolution of the Supervised Release Violation Petition.

DATED: December 21, 2006                    McGREGOR W. SCOTT
                                            United States Attorney


                              By:     /s/ Mark J. McKeon
                                      MARK J. McKEON
                                      Assistant U.S. Attorney

DATED: December 21, 2006              /s/ Anthony P. Capozzi
                                      ANTHONY P. CAPPOZZI
                                      Attorney for Defendant,
                                      Lloyd Gene Ploutz



                              **ORDER**

        IT IS SO ORDERED.

        **Dated:   December 22, 2006**              **/s/ Dennis L. Beck**
        3b142a                              UNITED STATES MAGISTRATE JUDGE