ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
LLOYD GENE PLOUTZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-92-05084 MDC |
| Plaintiff, | ) STIPULATION AND ORDER<br>) TO CONTINUE STATUS CONFERENCE |
| vs. | ) |
| LLOYD GENE PLOUTZ, | ) |
| Defendant. | ) |

/ / /

/ / /

/ / /

- 1 -

IT IS HEREBY STIPULATED between the Defendant, LLOYD GENE PLOUTZ, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Mark McKeon, that the Probation Violation Hearing now set for Wednesday, January 24, 2007 at 1:30 p.m. a.m. be continued to Wednesday, February 21, 2007 at 1:30 p.m.

                              Respectfully submitted,

Dated:  January 24, 2007


                    _____ /s/ Anthony P. Capozzi _____
                    Anthony P. Capozzi,
                    Attorney for Defendant,
                    LOUIE GARCIA AGUILAR, III

Dated:  January 24, 2007


                    _____ /s/ Marianne A. Pansa _____
                    Mark McKeon,
                    Assistant U.S. Attorney




                              **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Probation Violation Hearing now set for January 24, 2007 be continued to Wednesday, February 21, 2007 at 1:30 p.m.

Dated:  January 25, 2007


                    /s/ *Dennis L. Beck* _____
                    Honorable Dennis L. Beck,
                    U.S. Magistrate Judge


                              - 2 -