PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:92-CR-05084 |
|---|---|
| Plaintiff, | ORDER TO REFLECT VICTIMS' NAME CHANGE AND DISBURSE RESTITUTION |
| v. | |
| LLOYD GENE PLOUTZ, | |
| Defendant. | |

This matter is before the Court on the government's request that the Clerk of Court disburse remaining restitution payments for victims Eugene Thompson and Elaine Thompson to Sheldon Thompson, pursuant to 18 U.S.C. § 3663(a)(2).

IT IS HEREBY ORDERED that the financial unit for the Clerk of Court for the United States District Court for the Eastern District of California is directed to disburse past and future payments made to victims Eugene and Elaine Thompson to Sheldon Thompson. The Clerk of Court is further ORDERED to pay any proportionate restitution currently available and any future proceeds due to Eugene and Elaine Thompson to Sheldon Thompson.

IT IS SO ORDERED.

Dated:   **August 10, 2021**

_____
UNITED STATES DISTRICT JUDGE